UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

WEI WANG, GUANGYI XIONG and
XIAOFENG FENG,

      Plaintiffs,

v.                               Case No.:  2:19-cv-274-FtM-38UAM

SHEN JIANMING and SHENLAW
LLC.,

      Defendants.
_____/

## OPINION AND ORDER[1]

Before the Court is Magistrate Judge Douglas N. Frazier's Report and Recommendation ("R&R") (Doc. 10).  This case concerns several motions related to subpoena's issued by the United States District Court for the District of Vermont.  (Doc. 10 at 1).  That court issued subpoenas to non-party Nicholas Hulme here in Florida.  (Docs. 1-1; 3-1).  Judge Frazier recommends granting Hulme's motion to transfer these matters to the District of Vermont.  (Doc. 10 at 5).  Neither party timely objected to the R&R, so the matter is ripe for review.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or websites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

report and recommendation. *See* 28 U.S.C. § 636(b)(1); *see also Williams v. Wainwright*, 681 F.2d 732, 732 (11th Cir. 1982). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, *Garvey v. Vaughn*, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject, or modify, in whole or in part, the findings and recommendations, 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. *See Cooper-Houston v. Southern Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994).

After careful consideration and an independent review of the file, the Court accepts and adopts the R&R (Doc. 10) in full.

Accordingly, it is now

**ORDERED:**

1. The R&R (Doc. 10) is **ACCEPTED and ADOPTED** and incorporated into this Order.

    a. Hulme's Motions to Quash, Motions for Protective Order, and Motions to Transfer (Docs. 1; 3) are **GRANTED in part**. As discussed in the R&R, these Motions are granted solely on the request to transfer.

2. The Clerk is **DIRECTED** to **TRANSFER** these motions to the United States District Court for the District of Vermont.

    a. These matters are to be transferred to the pending case, *Wang v. Jianming*, Case No. 2:17-cv-00153-cr, for consideration of Hulme's Motions to Quash, Motions for Protective Order, and Motions to Transfer (Docs. 1; 3), along with the Motion to Stay (Doc. 2).

3. Upon transfer, the Clerk is **DIRECTED** to terminate all deadlines, transfer any pending motions, and close the Fort Myers file.

**DONE** and **ORDERED** in Fort Myers, Florida this 28th day of May, 2019.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record